UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAR 27 2013

David J. Bradley, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NUMBER C-12-1029-SS |
| § | |
| TED WAYNE SPARKS § | |

## SECOND SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about November 9, 2012, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

TED WAYNE SPARKS,

using a facility and means of interstate and foreign commerce, that is a telephone and a computer connected to the internet, knowingly attempted to persuade, induce, entice and coerce an individual, who had not attained the age of 18 years, to engage in sexual activity for which the defendant can be charged with a criminal offense, that is, Sexual Assault, Texas Penal Code § 22.011.

All in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about November 9, 2012, in the Corpus Christi Division of the Southern District of Texas, and elsewhere within the jurisdiction of the Court, the defendant,

TED WAYNE SPARKS,

did knowingly attempt to transfer, by means of a facility of interstate commerce, that is, a cellular telephone connected to the internet, obscene matter to another individual who has not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years, by sending a picture of an adult male exposing his penis.

All in violation of Title 18, United States Code, Section 1470.

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

By: _____
LANCE DUKE
Assistant United States Attorney