

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

## MEMORANDUM

Date: 8/7/13

REPLY TO ATTN OF: Attn: Bethany Russell/Finance
U.S. DISTRICT CLERK
CORPUS CHRISTI DIVISION

SUBJECT: VOLUNTARY SURRENDER

United States Courts
Southern District of Texas
FILED

AUG 13 2013

David J. Bradley, Clerk of Court

## TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER

PLEASE INFORM US IF THE **DEFENDANT** IN THE SPECIFIED CASE HAS SURRENDERED AND IS IN CUSTODY AT THE PRESENT TIME:

CRIMINAL CASE NO. 2:12-CR-1029-01
NAME: Ted Wayne Sparks

This area to be completed by U.S. Marshal or any other authorized officer`

CUSTODY: (YES) / NO

DATE OF SURRENDER: 8/7/2013
PLACE OF SURRENDER: Bastrop

Signature: _____
Clerk - U.S. Marshal
Date: 8/12/2013